UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CRIMINAL ACTION NO. 5:11-CR-114-KKC

UNITED STATES, PLAINTIFF

v. **OPINION AND ORDER**

AARON CODY POOR,
FELICIA POOR,
RICHARD A. RANKIN, and
NATHAN RANKIN DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the first Motion to Suppress filed by Defendant Richard Rankin [DE 34]. Defendant Richard Rankin has recently filed a second Motion to Suppress [DE 77] which is not yet ripe for ruling.

Each of the four Defendants is charged with one count of conspiring to distribute Oxycodone in violation of 21 U.S.C. § 846 and one count of using a communication facility -- Federal Express -- to possess Oxycodone with the intent to distribute it in violation of 21 U.S.C. § 843(b). Defendant Richard Rankin is also charged with knowingly possessing Oxycodone with intent to distribute in violation of 21 U.S.C. § 841(a)(1).

Rankin filed this Motion to Suppress and this Court referred it to the Magistrate Judge for a recommended disposition pursuant to 28 U.S.C. § 636(b)(1)(B). In his

recommended disposition, the Magistrate Judge recommends [DE 67] that this Court deny Richard Rankin's Motion to Suppress.

There have been no objections to this recommendation by the Magistrate Judge and the Court agrees with its analysis and conclusion. Accordingly, the Court hereby ORDERS as follows:

1) the Magistrate Judge's Recommended Disposition regarding Richard Rankin's Motion to Suppress [DE 34] is ADOPTED as the opinion of this Court; and

2) Richard Rankin's Motion to Suppress [DE 34] is DENIED.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge